UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 23-2412
_____

In re: ABBOTT LABORATORIES; ABBVIE INC.; ABBVIE PRODUCTS LLC;
UNIMED PHARMACEUTICALS LLC; BESINS HEALTHCARE, INC.,
Petitioners

_____

(Related to E.D. Pa. No. 2-19-cv-03565)
_____

SUR PETITION FOR REHEARING

_____

Present: CHAGARES, Chief Judge, JORDAN, HARDIMAN, SHWARTZ, RESTREPO, BIBAS, PORTER, MATEY, PHIPPS, FREEMAN, MONTGOMERY-REEVES, CHUNG, and SMITH,[*] Circuit Judges

The petition for rehearing filed by petitioners in the above-entitled case having been submitted to the judges who participated in the decision of this Court and to all the other available circuit judges of the circuit in regular active service, and no judge who concurred in the decision having asked for rehearing, and a majority of the

---

[*] The vote of the Honorable D. Brooks Smith of the United States Court of Appeals for the Third Circuit is limited to panel rehearing.

judges of the circuit in regular service not having voted for rehearing, the petition for rehearing by panel and the Court en banc, is denied.

                                                   BY THE COURT,

                                               <u>s/D. Brooks Smith</u>
                                               Circuit Judge

Dated: March 25, 2024
Tmm/cc: All Counsel of Record